UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DIAMOND, CHRIS § Case No. 07-22989
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF COURT
219 S. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/23/2010 in Courtroom 4016,
DuPage Judicial Center
505 N. County Farm Road
Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/20/2010            By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                    §
                          §
DIAMOND, CHRIS            §    Case No. 07-22989
                          §
        Debtor(s)         §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 37,265.36 |
| *and approved disbursements of* | $ | 40.30 |
| *leaving a balance on hand of*[1] | $ | 37,225.06 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: BRENDA PORTER HELMS, TRUSTEE | $ 4,476.54 | $ 0.00 |
| Attorney for trustee: The Helms Law Firm, P.C. | $ 1,657.50 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page: 2)

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Charges: Clerk, United States Bankruptcy Court | $ 500.00 | $ 0.00 |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor: | $ | $ |
| Attorney for: | $ | $ |
| Accountant for: | $ | $ |
| Appraiser for: | $ | $ |
| Other: | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,873.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.1 percent.

UST Form 101-7-NFR (9/1/2009) (Page: 3)

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank/DFS Services LLC | $ 11,482.87 | $ 5,866.93 |
| 000002 | CHASE BANK USA, NA | $ 26,405.21 | $ 13,491.18 |
| 000003 | CHASE BANK USA, NA | $ 986.78 | $ 504.17 |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 20,998.50 | $ 10,728.74 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mjerdine              Page 1 of 1           Date Rcvd: Mar 22, 2010
Case: 07-22989                 Form ID: pdf006             Total Noticed: 21


The following entities were noticed by first class mail on Mar 24, 2010.
db           +Chris Diamond,    1410 Big Horn Trail,    Carol Stream, IL 60188-9088
aty          +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 W Lawrence Avenue,
               Chicago, IL 60625-5104
aty          +Peter O. Muldoon,    Law Office of Peter O. Muldoon,    340 Houston Street,   Suite C,
               Batavia, IL 60510-2091
aty          +The Helms Law Firm Pc,    The Helms Law Firm Pc,    3400 W Lawarence Ave,   Chicago, IL 60625-5104
tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
               Chicago, IL 60625-5104
11798344    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court:  Advanta,    Advanta Bank Corp,    PO Box 30715,
               Salt Lake City, UT 84130)
11798345      American Express Optima Card,    Box 0001,    Los Angeles, CA 90096-0001
11798348     +Bank of America,    PO Box 17322,    Baltimore, MD 21297-1322
11798347      Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
12580608     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14349592      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
11798349     +Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
11798350     +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
12870671      FIA CARD SERVICES, NA/BANK OF AMERICA,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
11798355     +Jacqueline Diamond,    1043 Saratoga Rd,    Naperville,   Naperville, IL 60564-7108
11798354     +Jacqueline Diamond,    1043 Saratoga Rd.,    Naperville, IL 60564-7108
11798360    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court:  Wachovia Dealer Services,    PO Box 25341,   Santa Ana, CA 92799)
11798361     +Wachovia Dealer Services,    PO Box 19752,    Irvine, CA 92623-9752
The following entities were noticed by electronic transmission on Mar 22, 2010.
11798352      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 23 2010 00:09:40     Discover Card,   PO Box 30395,
               Salt Lake City, UT 84130
12551735      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 23 2010 00:09:40
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
11847821      E-mail/PDF: rmscedi@recoverycorp.com Mar 23 2010 00:15:41
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11798353      Jacqueline A. Diamond,    unknown
11798346*     American Express Optima Card,    Box 0001,    Los Angeles, CA 90096-0001
11798351*    +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
11798356*    +Jacqueline Diamond,    1043 Saratoga Rd,    Naperville, IL 60564-7108
11798357*    +Jacqueline Diamond,    1043 Saratoga Rd,    Naperville, IL 60564-7108
11798358*    +Jacqueline Diamond,    1043 Saratoga Rd,    Naperville, IL 60564-7108
11798359*    +Jacqueline Diamond,    1043 Saratoga Rd,    Naperville, IL 60564-7108
                                                                                              TOTALS: 1, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2010**                                **Signature:** _Joseph Speetjens_